*L. B. Treadwell, R. W. Darling* and *Armin A. Kissh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.

-----

DANIEL ROSENDORF, Respondent, *v.* THE NEW YORK EDISON COMPANY, Appellant.

*Rosendorf* v. *N. Y. Edison Co.*, 149 App. Div. 945, affirmed.

(Argued February 10, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enjoin the maintenance of an alleged nuisance and for damages.

*Henry J. Hemmens* and *Thomas H. Beardsley* for appellant.

*George W. Files* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.